UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STATE OF IDAHO,<br><br>        Plaintiff,<br><br>v.<br><br>TODD L. SULLIVAN,<br><br>        Defendant. | Case No. 4:10-CR-203-BLW<br><br>**ORDER** |

      The Court has before it the unopposed Amended Motion to Dismiss (Dkt. 7). Good cause appearing, the Court will grant the motion.

**ORDER**

**IT IS ORDERED:**

1. The Amended Motion to Dismiss (Dkt. 7) is **GRANTED**. This case is dismissed in its entirety.

2. The Pretrial and Trial dates are VACATED.

DATED: **December 9, 2010**

B. LYNN WINMILL
Chief U.S. District Court Judge